# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Salvador Estrada
                           Plaintiff,

v.                                     Case No.: 1:15−cv−03387
                                                                    Honorable Rebecca R. Pallmeyer

Harlem Corporation, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2015:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 8/17/2015. Motion for approval of settlement agreement [16] granted. Rule 16 conference set for 9/10/2015 is stricken. Case is dismissed. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.